UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES E. DAVIS,<br><br>    Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CRIMINAL ACTION NO.<br>1:12-CR-362-CAP<br><br>CIVIL ACTION NO.<br>1:14-CV-896-CAP |

# ORDER

This action is before the court on the report and recommendation ("R&R") of the magistrate judge [Doc. No. 117] and the movant's motion for bond [Doc. No. 108].

The R&R addresses each ground of the movant's § 2255 motion to vacate [Doc. No. 73] and recommends denial. The movant has filed no objection to the R&R. The court agrees with the analysis of the magistrate judge, and the R&R is ADOPTED as to the order and opinion of this court.

In his motion for bond, the movant seeks release from incarceration on his own recognizance. In the motion, the movant simply expresses his disagreement with the court's revocation of his supervised release. However,

2

this court's ruling has been affirmed on appeal [Doc. No. 70], and the movant's efforts to challenge his incarceration through a § 2255 motion have failed.  Therefore, the motion for bond [Doc. No. 108] is DENIED.

SO ORDERED, this  13th  day of October, 2014.

/s/CHARLES A. PANNELL, JR.
CHARLES A. PANNELL JR.
United States District Judge